IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLA VENTRELLA, § § Plaintiff, § § v. § § NATIONAL AUTO PARTS, INC., § NATIONAL AUTO PARTS, INC. NEW § WORLD INTERNATIONAL, INC. § NATIONAL AUTO PARTS, NEW WORLD § INTERNATIONAL and § UNITED COMMERCE CENTERS, INC., § § § Defendants. § | CIVIL ACTION NO. 17-CV-9344 |

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on Thursday, April 12, 2018, Defendants[1] served their Initial Disclosures to Plaintiff pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Standing Order Regarding Mandatory Initial Discovery Pilot Project.

Dated: April 12, 2018

---

[1] Plaintiff has also filed suit against "National Auto Parts, Inc. New World International Inc." The initial disclosures are not being served on behalf of that entity.

Respectfully submitted,

NATIONAL AUTO PARTS, INC.

NEW WORLD INTERNATIONAL, INC.

UNITED COMMERCE CENTER, INC.


/s/ Robert F. Maris
One of Its Attorneys

Anne W. Mitchell (6278050)
ROONEY RIPPIE & RATNASWAMY LLP
anne.mitchell@r3law.com
350 West Hubbard Street, Suite 600
Chicago, Illinois 60654
312-447-2800

Robert F. Maris
State Bar No. 12986300
MARIS & LANIER, P.C.
rmaris@marislanier.com
3710 Rawlins Street, Suite 1550
Dallas, Texas 75219
214-706-0920 telephone
214-706-0921 facsimile
(*Pro hac vice*)


**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been forwarded in accordance with the Federal Rules of Civil Procedure on this 12th day of April, 2018 to:

Michael A. Faccenda
FACCENDA LAW GROUP LLC
901 West Hillgrove Avenue
La Grange, IL 60525
Attorney for Plaintiff
**VIA ECF**

  /s/ Robert F. Maris
  Robert F. Maris