# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| NICOLA VENTRELLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-9344 |
| | ) | |
| NATIONAL AUTO PARTS, INC., | ) | |
| NATIONAL AUTO PARTS, INC. | ) | |
| NEW WORLD INTERNATIONAL, | ) | |
| NEW WORLD INTERNATIONAL, INC., | ) | Honorable Ruben J. Castillo |
| and UNITED COMMERCE CENTERS, | ) | Honorable Shelia Finnegan |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE
### (MANDATORY INITIAL DISCOVERY RESPONSES)

Pursuant to paragraph A.5. of that certain Standing Order Regarding Mandatory Initial Discovery Pilot Project, Plaintiff Nicola Ventrella, through his undersigned counsel, hereby provides notice that his Mandatory Initial Discovery Responses were served on Defendant in this matter on April 12, 2018.

Respectfully submitted,

By: /s/ Michael A. Faccenda

One of Plaintiff's Attorneys


Michael A. Faccenda, Esq.
901 West Hillgrove Avenue
La Grange, Illinois 60525
P: (708) 497-3077
E: maf@connorsfaccenda.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Michael A. Faccenda, an attorney, certify that I caused a true and correct copy of the foregoing to be served upon all of the attorney(s) of record in this matter via the CM/ECF system on this 12th day of April 2018.

By: /s/ Michael A. Faccenda