## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Nicola Ventrella

                       Plaintiff,

v.                                              Case No.: 1:17−cv−09344

                                                           Honorable Ruben Castillo

National Auto Parts, Inc., et al.

                       Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 20, 2018:

      MINUTE entry before the Honorable Ruben Castillo:The status hearing is reset to 5/16/2018 at 9:45 a.m. The status hearing set for 5/2/2018 is stricken.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.